

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
KAREEM BRAXTON and YAHKEEL LYNCH,
Individually and on Behalf of All Others Similarly
    Situated,

                                Civil Action No. 15-cv-7145

        Plaintiff(s)

                                **AFFIDAVIT OF SERVICE**

    v.

**K.A.M. FOOD STORE, INC.**, KHALID DOLAH, AMIN
DOLAH, and MAHMOUD HASSAN DOLAH, Jointly
    and Severally,

        Defendant(s)
---------------------------------------------------------------------X
STATE OF NEW YORK  )
        S.S.
COUNTY OF NEW YORK)

        **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

        That on the 23rd day of December, 2015, at approximately the time of 1:25pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS & COLLECTIVE ACTION COMPLAINT** upon **K.A.M. FOOD STORE, INC. D/B/A MET FOODSTORE** at 739 Nostrand Avenue, Brooklyn, NY 11216 by personally delivering and leaving the same with **KAREEM DOLAH,** who informed deponent that he holds the position of Manager with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



KAREEM DOLAH is a tan (Middle Eastern) male, approximately 38 years of age, stands approximately 6 feet 1 inch tall, weighs approximately 240 pounds with shaved head, full beard and dark eyes wearing glasses.

_____
TIMOTHY M. BOTTI, 843358

Sworn to before me this
29th day of December, 2015

_____
NOTARY PUBLIC

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com