

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREEM BRAXTON and YAHKEEL LYNCH,
Individually and on Behalf of All Others Similarly
Situated,

          Plaintiff(s)

v.

K.A.M. FOOD STORE, INC., **KHALID DOLAH**, AMIN
DOLAH, and MAHMOUD HASSAN DOLAH, Jointly
and Severally,

          Defendant(s)
-----------------------------------------------------------------X

Civil Action No. 15-cv-7145

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
          S.S.
COUNTY OF NEW YORK)

    **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

    That on the 23rd day of December, 2015, at approximately the time of 1:25pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS & COLLECTIVE ACTION COMPLAINT** upon **KHALID DOLAH** at 739 Nostrand Avenue, Brooklyn, NY 11216 by personally delivering and leaving the same with **KAREEM DOLAH**, Family Member, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked **KAREEM DOLAH** whether **KHALID DOLAH** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    **KAREEM DOLAH** is a tan (Middle Eastern) male, approximately 38 years of age, stands approximately 6 feet 1 inch tall, weighs approximately 240 pounds with shaved head, full beard and dark eyes wearing glasses.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



That on the 24th day of December, 2015, deponent served another copy of the foregoing upon **KHALID DOLAH** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**KHALID DOLAH**
739 Nostrand Avenue
Brooklyn, NY 11216

_____
**TIMOTHY M. BOTTI, 843358**

Sworn to before me this
29th day of December, 2015

_____
NOTARY PUBLIC

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com